# EXHIBIT LIST

| EXHIBIT ID | DOCUMENT |
|---|---|
| A | USM Chancellor Jay A. Perman Issues COVID Vaccination Mandate for USM Students, Faculty, and Staff |
| B | November 30, 2020 EUA Review Memorandum for Moderna TX, Inc. |
| C | November 20, 2020 EUA Review Memorandum for Pfizer and BioNTech |
| D | February 4, 2021 EUA Review Memorandum for Janssen Biotech, Inc. |
| E | Affidavit of Travis Pavlock |
| F | Affidavit of Sophie Helldorfer |
| G | Towson University Temporary COVID-19 Code of Student Conduct Addendum |
| H | Affidavit of Linda Whaley Johnson |
| I | September 5, 2021 VAERS Results for COVID-19 Vaccines |
| J | April 13, 2021 Joint CDC and FDA Statement on Johnson & Johnson COVID-19 Vaccine |
| K | Fact Sheet for Healthcare Providers Administering Vaccine EUA of the Moderna COVID-19 Vaccine |
| L | Fact Sheet for Healthcare Providers Administering Vaccine EUA of the Pfizer-BioNTech COVID-19 Vaccine |
| M | Fact Sheet for Healthcare Providers Administering Vaccine EUA of the Janssen COVID-19 Vaccine |