IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| TRAVIS PAVLOCK, *et. al.* | * |
| *Plaintiffs,* | * |
| v. | * |
| | Case No.: |
| CHANCELLOR JAY A. PERMAN, M.D., In His Official Capacity as Chancellor UNIVERSITY OF MARYLAND, *et. al.* | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF TRAVIS PAVLOCK

I am over the age of eighteen and competent to be a witness in the above captioned case. I hereby affirm under the penalties of perjury that the following statements are true to the best of my knowledge, information and belief.

1. I am twenty-one years old and on August 30, 2021 I will be starting my senior year at Towson University.

2. I am a senior at Towson University, majoring in Information Technology, and scheduled to graduate in the Spring of 2022.

3. I currently reside off-campus in my own apartment.

4. I am scheduled to take five classes in the fall semester, but I have not received confirmation as to whether these classes will be in-person or online classes.

5. I was not aware that Towson University required me to have a COVID-19 vaccine for the enrollment in the fall 2021 semester until approximately August 3, 2021, when I checked my Towson University email and opened an email sent from Towson University on June 30, 2021 notifying me that I had until July 13, 2021 to take action on receipt of the COVID-19 vaccine.

6. In response to reading through the numerous emails from Towson University regarding the new policy requiring me to receive one of the three COVID-19 vaccines, I began investigating the possibility of transferring to another college or university which did not have the COVID-19 vaccine mandate.

7. I applied to University of Chattanooga Tennessee for transference into that universities' Information Technology bachelor degree program; however, I discovered that I would lose a significant amount of credits which have resulted in adding another year to meet the requirements of receiving a bachelor's degree.

8. In addition, to the cost of attending the University of Chattanooga Tennessee would have been much higher due to be an out-of-state resident and not qualifying for in-state tuition, and the cost was exceeding more than finalizing my bachelor's degree at Towson University.

9. As a further financial hurdle, if I transferred to another university I would lose money on the apartment that I had rented near Towson University for the 2021 to 2022 school year.

10. I have not applied for or received any exemption to the COVID-19 vaccine mandate because I do not believe that I should have to identify or justify to anyone the reason why I do not want to receive any of the three COVID-19 vaccines.

11. I conducted my own research on the companies making the COVID-19 vaccine, and on the adverse reactions from the COVID-19 vaccine as identified on the CDC's VAERS database, I also conducted research on the probability for death for my age group from COVID-19, researched the liability of the companies making the COVID-19 vaccine, and the status of clinical trials and understand that these trials will not be completed for at least two years, meaning that the COVID-19 vaccines have not received full FDA approval. For these reasons I made the informed decision not to receive the COVID-19 vaccine.

12. I believe that I have certain civil rights, constitutional rights, and other human rights that allow me the right to make a personal, private decision about what to put into my body and I should not have to justify this decision to anybody.

13. As an adult I have not received any vaccines, and have made the decision not to get any vaccines. I am very healthy and do not get sick, and I do not want the COVID-19 vaccine due to the reasons listed above.

14. As of August 18, 2021, I have been notified by Towson University that if I do not receive one of three COVID-19 vaccines, or do not receive approval for an exemption, that I could face "student conduct charges and limited access to TU buildings, recreational spaces and will face cancellation of their fall or spring course registration, and if appropriate, their housing contract."

15. Towson University has not clearly identified to me what type of "conduct charges" I will face for not complying with the COVID-19 vaccine mandate.

Pavlock v USM Ex. E

16. The uncertainty of consequences for not receiving the COVID-19 vaccine or an approved exemption makes it difficult for me to plan for the completion of my senior year and creates a great deal of anxiety for me.

17. On August 23, 2021, I received a letter from Towson University placing me on "university probation" until I either submit proof of a COVID-19 vaccination or am approved for a religious or medical exemption. No further information was provided about consequences or what "university probation" actually meant.

18. The August 23, 2021 letter further informed that if I was found to have committed another violation of the Code of Student Conduct then I will face additional disciplinary action which could result in "removal from campus housing and/or suspension from the university."

19. On August 23, 2021 I submitted a document requesting a religious exemption. I felt coerced by the university to do this in order to maintain my enrollment in the university.

08/24/2021
Date

Travis Pavlock