### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| **TRAVIS PAVLOCK,** *et. al.* | * |
| *Plaintiffs,* | * |
| **v.** | * |
| | Case No.: |
| **CHANCELLOR JAY A. PERMAN, M.D.,**<br>**In His Official Capacity as Chancellor**<br>**UNIVERSITY OF MARYLAND,** *et. al.* | * |
| *Defendants.* | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### AFFIDAVIT OF SOPHIE HELLDORFER

I hereby affirm under the penalties of perjury that the following statements are true to the best of my knowledge, information and belief.

1.     I was accepted into Towson University in the Spring of 2019, to start classes in the fall of 2019 as a Freshman at Towson University.

2.     I do not have a declared major, but focus my studies in the areas of visual arts and political science.

3.     I did not do well in my course work during the first semester in college, and in the spring of 2020 I repeated several classes, all of which were online classes due to the COVID-19 pandemic.

4.     Initially, online courses were difficult for me as I was never required to take an online class prior to the spring of 2020.

5.  The spring of 2020 was also difficult and my grades for spring 2020 were not good, as a result Towson University placed me on academic probation at the end of the spring 2020 semester.

6.  During fall 2020 semester, I left Towson University and attended the Community College of Baltimore County virtually and I was able to improve my academic performance.

7.  In the spring of 2021, I returned to Towson University, and did very well in my classes, making the Dean's list.

8.  On or about April 15, 2021, I met with my academic adviser at Towson University and selected and enrolled in five courses for the fall 2021, three of the classes are in person at the Towson University campus and two of the classes are on-line.

9.  At no time during my acceptance as a Towson University student, or during my enrollment in courses at Towson University, was I notified that as a condition of being a student at Towson University I would be required to participate in a clinical medical trial and receive an investigational medical product, including receipt of one of the Emergency Use Authorized COVID-19 vaccines.

10.  At no time during my acceptance at Towson University or enrollment in courses at Towson University was I notified that as a condition of enrollment at Towson University, or enrollment in specific classes at Towson University that I would be required to comply with medical mandates including masking and twice weekly PCR testing for COVID-19.

11.  On or about April 23, 2021, six days after I completed my enrollment for classes at Towson University for the fall 2021 semester, and after I had received a bill for the classes for fall 2021 semester, I became aware that Chancellor Permann announced at a press conference that all students and employees at all University System of Maryland schools would be required to receive one of the three COVID-19 vaccines, or be approved for a religious or medical waiver from receiving a COVID-19 vaccination, in order to attend classes.

12.  Based on my sincerely held religious beliefs I sought a religious exemption to the COVID-19 vaccine mandate, and received this exemption on June 17, 2021.

13.  While I do have sincerely held religious beliefs which advise me not to receive the COVID-19 vaccine, I did not want to file for a religious exemption. I felt coerced into doing so in order to avoid the COVID-19 vaccine mandate imposed upon me by Towson University.

14.  Prior to submitting my request for religious exemption, Towson University failed to respond to three emails I sent on June 13 regarding concerns I had over how I would be treated as a student who was granted or rejected a religious exemption.

15.  I have been notified by Towson University that I will be required to wear a mask while on campus, and to twice weekly participate in COVID-19 testing which will occur on Mondays

Pavlock v. USM Complaint Ex. F

and Wednesdays, additional random COVID-19 testing, and masking, as well as other requirements which are not announced at this time, but could be announced in the future.

16.    Initially, the masking requirement was only for unvaccinated students and employees, but this requirement has now been extended to include everyone.

17.    The twice weekly COVID-19 testing is a hardship because it requires me to schedule a time for each testing and to report to the West Village Garage on Emerson Drive to take the test and to wait 20 to 25 minutes for results. Each time I am required to take the test I will have to set aside at least an hour to do so, this is difficult for me to do as I work and attend school fulltime, in addition the testing location is the farther point on campus from the academic buildings.

18.    I am concerned that some of the restrictions imposed upon me may include quarantine requirements which will prevent me from attending classes. If I am unable to attend all of my classes it will be impossible for me to meet the academic requirements and receive a passing grade.


8/23/21
Date

Sophie Helldorfer

3