**TEMPORARY COVID-19 CODE OF STUDENT CONDUCT ADDENDUM**

*Effective Date: August 30, 2021*

*Updated Date: August 30, 2021*

GENERAL:

Towson University ("TU") will resume in person classes and reopen the residence halls for the Fall 2021 semester. This addendum describes specific updated requirements that will temporarily apply to students on campus and in the residence halls to protect the health and safety of the entire campus community. Failure to follow these requirements may result in charges for engaging in certain prohibited conduct within the Code of Student Conduct ("The Code") as set forth below.

The Code and all policies and procedures listed within are still in effect. Other prohibited conduct within The Code not listed below may apply to COVID-19 related conduct, depending on the nature of the conduct. The same Procedures listed within The Code will be followed for any alleged violation of these temporary requirements reported to the Office of Student Conduct & Civility Education.

**Suspensions, expulsions, or dismissal from Towson University are permanently noted on student disciplinary records.**

SECTIONS AFFECTED:

VI. Prohibited Conduct

Student Conduct/ 1.c. Endangering conduct that imperils or jeopardizes the health or safety of others.

a. Masking policies may change throughout the semester. Students are required to comply with all temporary masking policies which will supersede these guidelines which were intended for those who are not fully vaccinated as noted in sub section b below.
b. Individuals who are not fully vaccinated are required to wear masks while they are inside any TU facility. Masks/facial coverings (including shields) must be worn covering both the mouth and nose at all times while indoors. Non-vaccinated students who live in on-campus housing are permitted to remove their mask/facial covering while inside of their residence hall room, but must wear their mask/facial covering in hallways, lobbies, and all other public spaces inside of the Residence Halls.
c. All members of the University Community, regardless of vaccine status, are required to wear masks in campus healthcare facilities, University transportation, and during any event or venue that temporarily requires it due to limited ability for participants to stay physically distanced.

Student Conduct/ 3. a. Uncooperative behavior and/or failure to comply with reasonable instructions of University Officials acting in performance of their duties.

Non-Vaccinated Students
a. All Towson University students who have not yet been vaccinated are required to receive their first dose of a vaccine before noon on Friday, September 10th in order to remain enrolled.
b. Failure to provide evidence of a first dose or receipt an approved medical/religious exemption before noon on September 10th will be disenrolled beginning Monday, September 13th.

1

    c. Non-vaccinated students will remain on a probationary status with the Office of Student Conduct and Civility Education until such time that they become compliant or are disenrolled. During this period of time, non-vaccinated students are required to:
- Complete daily QuickScans reporting their symptoms.
- Complete twice weekly testing.
- Remain compliant with the masking policy.
  Physical distancing may still be required in some facilities like on transportation buses. Students must comply with signage or announcements listing distancing requirements in those spaces.

    d. Failure to meet these safety procedures will result in additional sanctions by the Office of Student Conduct and Civility Education or disenrollment.

Students with Medical or Religious Exemptions

    a. Any student who has been approved for an exemption by the Towson University Health Center is required to:
- Complete daily QuickScans reporting their symptoms.
- Complete twice weekly testing.
- Remain compliant with the masking policy.
- Physical distancing may still be required in some facilities like on transportation USM buses. Students must comply with signage or announcements listing distancing requirements in those spaces.

    b. Failure to meet these safety procedures will result in sanctions by the Office of Student Conduct and Civility Education.

Residential Students

    a. Residents are permitted to sign in up to three guests in the residence halls. Each guest must have their temperature taken each day that they are present as a guest.

    b. If a residential student is asked to self-isolate by the Health Center due to possible exposure or diagnosis of COVID-19, they must comply with this request. Housing & Residence Life will coordinate their temporary relocation to the building designated for quarantine use.

    c. If a non-residential student is asked to remain off campus for a period of time due to their need to self-isolate, they must comply with the instructions of the Health Center and may not return to campus until given permission by the Health Center.

    d. Students who display symptoms of COVID-19 may be asked to participate in contact tracing and must comply with directives of Health Center staff.

Student Conduct/ 2.a. Disruption or obstruction of teaching, research, administration, disciplinary proceedings, or normal University operation, including University-sponsored activities or events.

    a. Students may not engage in disruptive behavior, verbal abuse, or other actions associated with non-compliance. This includes, but is not limited to verbal abuse, harassment, name calling, taunting, cursing, badgering, berating, nuisance behaviors, or other actions that endangers the mental or physical health and safety of any member of the University community.

Pavlock v. USM Complaint Ex. G

POSSIBLE OUTCOMES:

Students who are found in violation of the requirements listed above are subject to both educational and/or punitive sanctions. The purpose of these temporary requirements is to maintain the health and safety of our campus community. As such, outcomes for violation of these requirements will be focused on achieving compliance.

Students who fail to provide vaccine verification or receive approval of exemption will be placed on probation until they comply.

First-time violations for failing to practice physical distancing, wear masks/facial coverings properly, or comply with facility occupancy or use guidelines will generally result in a warning and education.

Students who fail to complete required sentinel testing will face minimum progressive sanctions as follows:

- First miss results in probation
- Second consecutive miss or three total misses results in deferred suspension
- Additional miss after being placed on deferred suspension results in suspension

Students who fail to wear a mask when required will face progressive sanctions beginning with probation. Repeated or flagrant violations of these requirements will result in suspension.

**Students who are suspended from the University are not entitled to any tuition or fee refunds.**

REPORTING ALLEGED VIOLATIONS:

Reports of alleged violations of these requirements and other misconduct can be made to The Office of Student Conduct & Civility Education at www.towson.edu/reportit or at studentconduct@towson.edu. For incidents that occur in the residence halls, students can report to Housing & Residence Life Staff.

DURATION OF ADDENDUM:

This addendum is in effect until further notice. Evaluation of the need to change the details of these requirements will be continuous and in conjunction with recommendations from the University System of Maryland and guidelines from the CDC as well as state and local health authorities.