IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

TRAVIS PAVLOCK, et. al.    *

        Plaintiffs,    *

v.    *

        Case No.:

CHANCELLOR JAY A. PERMAN, M.D.,    *
In His Official Capacity as Chancellor
UNIVERSITY OF MARYLAND, et. al.    *

        Defendants.    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT OF LINDA WHALEY JOHNSON

I hereby affirm under the penalties of perjury that I am over the age of eighteen and competent to be a witness in these matters. I further affirm that the following statements are true to the best of my knowledge, information and belief.

1. I have been an employee of the University of Maryland Baltimore in the Law School since approximately May 1990.

2. From May 1990 through November 2019 my position was an administrative assistant in the clinical law department at the University of Maryland Baltimore Law School. From December 2019 to the present date my position has been a paralegal in the clinical law department at the University of Maryland Baltimore Law School.

3. On or around April 26, 2021, I was notified by the University of Maryland Law School that I would be required to receive one of the three EUA COVID-19 vaccines on or before August 2, 2021.

4. On or around April 26, 2021, I was notified by the University of Maryland Law School that I would be required to receive one of the three EUA COVID-19 vaccines on or before August 2, 2021.

5. I have sincerely held religious beliefs which instruct me to not receive filed a religious exemption request to the COVID-19 vaccine requirement.

6. On or about July 19, 2021, I was notified via email that my religious exemption request for the COVID-19 vaccine was approved.

7. On or about July 30, 201, I received further confirmation from the Human Resources office that I was approved for the religious exemption to the COVID-19 vaccination and as an "unvaccinated" individual I would be required to wear a mask at all times inside, except during times when I am alone in an office. In addition, I am required to complete daily symptom monitoring on days that I am working on campus.

8. The July 30, 2021 letter, further informed me that I may be subjected to additional "safety requirements" but those requirements were not identified.

9. The July 30, 2021 letter, further provided that I "may be required to renew" my request for "an exemption in subsequent years."

10. I am unable to wear a mask for any length of time because wearing a mask makes it difficult for me to breathe resulting in me getting dizzy and feeling like I am going to pass out.

11. For any occasions where I am required to wear a mask to shop for necessities I make sure that my trip inside the building is very quick, to the point of waiting for longer lines at the grocery stores subside, that way I only have a mask on for no more thirty minutes at a time. I have found that this is the maximum amount of time that my body can handle wearing a mask.

12. On August 4, 2021, I sent an email to my contact in Human Resources, Jamica Crosby, informing Ms. Crosby that I am unable to wear a mask all day as it results in me not being able to breathe, to feel faint and dizzy.

13. On August 12, 2021, Barbara Gontrum, Assciate Dean at the University of Maryland Law School sent me an email about the COVID-19 protocols I would have to file. I responded to let her know I was waiting to hear back from Ms. Crosby regarding my inability to wear a face mask.

14. On August 17, 2021, I received a response from Michele L. Ondra, Administrator at the University of Maryland School of Law, wherein Ms. Ondra informed me that I could apply for a reasonable accommodation concerning my inability to wear a mask all day in the office.

15. On August 18, 2021, I submitted my request for reasonable accommodation, this request is pending, until it is approved my employer is requiring me to use my own leave to compensate me as I am not allowed on campus without wearing a mask.

16.     For each day that I do not wear a mask, I am required to utilize a vacation day for compensation. As of September 3, 2021, I have used twelve (12) days of vacation which has reduced my vacation time from 451.392152 hours to 371.084472 hours.

_____   _____
Date                                                                Linda Whaley-Johnson

Pavlock v USM Complait Ex. H