IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **TRAVIS PAVLOCK, SOHPIE HELLDORFER,** **LINDA WHALEY-JOHNSON,** and **JOANNA SANDERS** | * * |
| *Plaintiffs* | * |
| v. | * |
| **CHANCELLOR JAY A. PERMAN, M.D.,** In His Official Capacity as Chancellor **UNIVERSITY OF MARYLAND** and **BOARD OF REGENTS** **UNIVERSITY SYSTEM OF MARYLAND** | * * * |
| *Defendants.* | * |

Case No.: 1:21-cv-02376

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR PRELIMINARY INJUNCTION

COME NOW THE PLAINTIFFS, by and through the undersigned counsel, and move this Honorable Court pursuant to Federal Rule 65 for a preliminary injunction enjoining the Defendants from continued implementation and enforcement of the University System of Maryland's COVID-19 vaccine mandate, and that the Court expedite a hearing for a Preliminary Injunctive relief, and for further relief and says in support thereof:

1. The Plaintiffs' Complaint for Declaratory and Injunctive Relief was filed today in the above civil action.

2. Plaintiffs incorporate by reference each and every pleading therein in this motion for preliminary injunction, along with the Memorandum of Law in Support of Request for Preliminary Injunction.

3. The Plaintiffs are likely to succeed on the merits of their claims, the Plaintiffs will suffer irreparable harm without the preliminary relief, the balance of the equities is in the Plaintiffs favor, and the injunction is in the public interest.

4. The University System of Maryland ("USM") COVID-19 vaccine mandate ("USM Mandate") violates the Plaintiffs' substantive and procedural due process rights guaranteed by the 14th Amendment, including the Plaintiffs' rights to bodily autonomy, the right to make their own medical decisions free of coercion by the state, privacy rights, and freedom of religion are being violated by the USM Mandate.

5. The USM Mandate results in the creation of a class of "unvaccinated" individuals who are subjected to unequal treatment by USM in violation of the 14th amendment.

6. The USM Mandate is unlawful as USM is not authorized through any enabling legislation to issue a compulsory vaccine mandate.

7. The USM Mandate violates federal law as it compels individuals to receive a vaccine which is approved under Emergency Use Authorization "EUA" pursuant to 21 U.S. Code § 360bbb-3 which does not permit making medical products approved under an EUA mandatory.

8. Furthermore, the COVID-19 vaccines do not have a rational relationship to a compelling government interest under strict scrutiny or rational basis review. On August 17, 2021, the Maryland Department of Health Secretary Schrader admitted that the COVID-19 vaccines do not stop the spread of COVID-19. Stopping the spread of COVID-19 was the Chancellor of USM basis for issuing the USM mandate; however, as the vaccines do not accomplish this goal there is simply no rational basis for USM to require the COVID-19 vaccine.

9. Plaintiffs will suffer irreparable harm if the USM Mandate is not enjoined as they will continue to be denied their constitutionally guaranteed rights to individual liberty interest and continue to suffer discriminatory treatment as a result of their classification as "unvaccinated."

10. The denial of the Plaintiffs fundamental liberty interests simply cannot be compensated monetarily.

11. The balance of the equities favors granting of an injunction is in the public's interest as the USM Mandate is unconstitutional and violates, federal law, individual individual liberty interests and has no rational relationship to a compelling government interest as the COVID-19 vaccines do not accomplish the goal of eradicating a virus.

12. It is in the public interest to grant an injunction as the USM Mandate is unlawful and violates the fundamental liberty interests guaranteed by the Constitution and upheld by legal precedent.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court:

A. Grant the Plaintiffs' Motion for Preliminary Injunction enjoining the Defendants from continued implementation and enforcement of the USM Mandate; and

B. For such other and further relief as the nature of their cause may require.

Respectfully Submitted,

/s/

_____

Jennifer Bland Lester
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
410-433-3972
443-408-1037 (facsimile)
jelester@earthlink.net
Fed Bar No.: 27711

Attorney for Plaintiffs